

# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2016

No. 04-15-00501-CV

Rene **CERVANTES**,
Appellant

v.

Lisa M. **CERVANTES**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2013CVG001776-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

Appellee's second motion for extension of time to file her brief is GRANTED. Appellee's brief is due on May 25, 2016. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court